7jgmthhd (7/14)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Jacqueline nmi Madison
*Debtor*

*Bankruptcy Case No.*
14−40034−abf7

**Audrey Davis**
**Flossie J. Davis**
   Plaintiff(s)

*Adversary Case No.*
14−04034−abf

v.

**Jacqueline nmi Madison**
   Defendant(s)

## JUDGMENT

   This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

*IT IS ORDERED AND ADJUDGED*: That Judgment is hereby entered in favor of Debtor−Defendant Jacqueline Madison, discharging her obligation to Audrey and Flossie J. Davis. Each party to bear its own costs.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
   Deputy Clerk

Date of issuance: 9/15/14

Court to serve